UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>TURNING POINT THERAPEUTICS, INC., ATHENA M. COUNTOURIOTIS, MARK ALLES, GARRY NICHOLSON, CAROL GALLAGHER, PATRICK MACHADO, BARBARA BODEM, and SIMEON GEORGE,<br><br>    Defendants. | Case No. 1:22-cv-05439 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 17, 2022

GRABAR LAW OFFICE

By: *[signature]*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*